FILED
SUPERIOR COURT
OF GUAM

2019 JUL 15 PM 3: 43

CLERK OF COURT

By:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| PEOPLE OF GUAM ) | Criminal Case No. CF0619-18 |
| ) | |
| vs. ) | |
| ) | **DECISION AND ORDER** |
| GERALD WAYNE CRUZ II, ) | [1] Motion to Continue Trial Date |
| ) | [2] Motion to Sever |
| Defendant. ) | |
| ) | |

## INTRODUCTION

This matter is before the Honorable Michael J. Bordallo. The People are represented by Assistant Attorney General Jeremy S. Kemper. Defendant Gerald Wayne Cruz II ("Cruz") is represented by Attorney William Bischoff. There are presently two outstanding motions before the Court, and the Court now issues the following decision to resolve the outstanding issues.

## BACKGROUND

On October 23, 2018, the Office of the Attorney General filed an Indictment against Cruz wherein the People charged Cruz with five counts of Animal Cruelty (as a Third Degree Felony) and one count of Unsworn Falsification (as a Misdemeanor). On November 9, 2018, Cruz filed a Motion to Dismiss. On December 13, 2018, the People filed a Superseding Indictment, charging Cruz with two counts of Animal Cruelty (as a Third Degree Felony) and one count of Unsworn Falsification (as a Misdemeanor). On December 27, 2018, Cruz filed a Motion to Dismiss Superseding Indictment. On February 11, 2019, the Court issued a Decision and Order which dismissed the two counts of Animal Cruelty (as a Third Degree Felony).

On April 2, 2019, the People filed a Motion to Continue Trial Date seeking a continuance of the then scheduled trial date of May 13, 2019. On April 11, 2019, Cruz filed a Motion to Sever Charges.

ORIGINAL

## DISCUSSION

### 1. People's Motion to Continue Trial Date.

At the time the People filed this motion on April 2, 2019, the trial was set to begin on May 13, 2019. Assistant Attorney General Jeremy Kemper filed this motion due to his unavailability on the scheduled trial dates and requested the Court to set a trial date in June or July. During a Further Proceedings on April 4, 2019, the Court set this matter for a pre-trial conference on May 30, 2019. The pre-trial conference has been rescheduled and is now scheduled for July 25, 2019. Because the initial trial date of May 13, 2019, has been vacated and the pre-trial conference rescheduled for July 25, 2019, the Court finds that the People's Motion to Continue Trial Date is moot.

### 2. Cruz's Motion to Sever Charges.

On February 11, 2019, the Court dismissed the charges of Animal Cruelty. Cruz's Motion to Sever, filed April 11, 2019, seeks to sever the charges of Animal Cruelty from the charge of Unsworn Falsification. At the time the Motion to Sever was filed, Cruz was not actually facing any charges of Animal Cruelty and there was no basis for severance. While the Second Superseding Indictment has since charged Cruz with two counts of Animal Cruelty, the Motion to Sever was filed at a time when it was not ripe for adjudication. The Court therefore will not rule on the Motion to Sever Charges in its present form.

## CONCLUSION AND ORDER

For the reasons set forth above, the Court finds that the People's Motion to Continue Trial Date is moot and Cruz's Motion to Sever Charges is unripe.

SO ORDERED, this _____15_____ day of _____ 2019.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

SERVICE VIA COURT BOX
I acknowledge that a copy of the original hereto was placed in the court box of:

_____

Date_____ Time:_____

_____
Deputy Clerk, Superior Court of Guam